Decisions announced without Opinions.

*Curie* for petitioners.   *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

---

No. 642. TUCKER, VICE CONSUL, *v.* U. S. *ex rel.* ALEXANDROFF.   Third Circuit.   Granted April 29, 1901.   *Mr. F. R. Condert, Jr., Mr. Paul Fuller,* and *Mr. John F. Lewis* for petitioner.

---

No. 626. FRANCIS *v.* UNITED STATES.   Sixth Circuit.   Granted April 29, 1901.   *Mr. Miller Outcalt* and *Mr. Thomas F. Shay* for petitioners.

---

No. 621. HALE, AS RECEIVER, *v.* ALLINSON.   Third Circuit. Granted May 13, 1901.   *Mr. M. H. Boutelle, Mr. Joseph K. McCammon* and *Mr. James H. Hayden* for petitioner.   *Mr. John G. Johnson* opposing.

---

No. 638. REPUBLIC OF COLOMBIA *v.* CAUCA COMPANY.   Fourth Circuit.   Denied May 13, 1901.   *Mr. Calderon Carlisle* and *Mr. William G. Johnson* for petitioner.

---

No. 643. JONES *v.* NEWTON.   Fourth Circuit.   Denied May 13, 1901.   *Mr. Samuel Park* and *Mr. R. G. Bickford* for petitioner. *Mr. Thomas Evans* opposing.

---

No. 645. NEW ENGLAND RAILROAD COMPANY *v.* HYDE.   First Circuit.   Denied May 13, 1901.   *Mr. Frank A. Farnham* and *Mr. Frederic D. McKenney* for petitioner.   *Mr. Donald G. Perkins* opposing.

---

No. 647. ROWAN *v.* IDE.   Fifth Circuit.   Denied May 13,